**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DERRICK JOHNSON, ADC # 106719                                                                      PLAINTIFF

v.                                           No. 5:15CV00129-JLH-JJV

RUSSELL, Dentist, Correctional
Care Solutions; *et al.*                                                                                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's Motion for Preliminary Injunction (Doc. No. 16) is DENIED.

2.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 21st day of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE