**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DERRICK JOHNSON, ADC #106719                                              PLAINTIFF

v.                            No. 5:15CV00129-JLH-JJV

RUSSELL, Dentist, Correctional
Care Solutions; *et al.*                                           DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Clerk of Court shall alter the docket to reflect that defendant "Russell" is appropriately "Larry Russell"; defendant "McConnell" is "Lori McConnell"; and that defendant "A. Watts" is "Amanda Watt."

2. Defendants' motion for summary judgment is GRANTED. Document #19.

3. The complaint is DISMISSED without prejudice.

4. Plaintiff's motion to amend complaint is DENIED. Document #23.

5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 23rd day of July, 2015.

                                                   _____
                                                   J. LEON HOLMES
                                                   UNITED STATES DISTRICT JUDGE