**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DERRICK JOHNSON, ADC #106719                                                    PLAINTIFF

v.                          No. 5:15CV00129-JLH-JJV

RUSSELL, Dentist, Correctional
Care Solutions; *et al.*                                                         DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 23rd day of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE